UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cr-00049-4

**United States of America**

v.

**Perry Lewis Crenshaw, Jr.**

## ORDER

This criminal action was referred to United States Magistrate Judge John D. Love for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and recommendation on guilty plea. Doc. 152. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on count one of the indictment. *Id.* at 2. Defendant waived his right to object to the magistrate judge's findings. *Id*.

The court hereby accepts the findings of fact and recommendation on guilty plea of the United States Magistrate Judge. The court also accepts defendant's plea.

In accordance with defendant's guilty plea, the court finds defendant Perry Lewis Crenshaw, Jr. guilty of count one of the indictment, charging a violation of 18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering.

*So ordered by the court on September 10, 2021.*

J. CAMPBELL BARKER
United States District Judge